UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.  4:18-CV-8

| | |
|---|---|
| MONAT GLOBAL CORP,<br><br>                    Plaintiff,<br><br>       v.<br><br>VICKIE HARRINGTON,<br><br>                    Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Monat Global Corp and defendant Vickie Harrington stipulate, pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed, with prejudice, and that neither plaintiff

nor defendant shall recover costs or attorneys' fees from the other.

This the 8th day of March, 2018.


/s/Bradley M. Risinger
Bradley M. Risinger
N.C. State Bar No. 23629
brad.risinger@smithmoorelaw.com
SMITH MOORE LEATHERWOOD LLP
434 Fayetteville Street, Suite 2800 (27601)
Post Office Box 27525
Raleigh, North Carolina  27611
Telephone:  (919) 755-8700
Facsimile:   (919) 755-8800

/s/Gary J. Rickner
Gary J. Rickner
N.C. State Bar No. 25129
gjr@wardandsmith.com
Caroline B. McLean
N.C. State Bar No. 41094
cbm@wardandsmith.com
WARD & SMITH, P.A.
P.O. Box 8088
Greenville, NC 27835
Telephone: (252) 215-4022
Facsimile: (252) 215-4077


*Attorney for Plaintiff*                              *Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing **STIPULATION OF DISMISSAL**

**WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF

system, which will automatically send email notification of such filing to the following attorneys

of record:

> Gary J. Rickner
> gjr@wardandsmith.com
> Caroline B. McLean
> cbm@wardandsmith.com
> WARD & SMITH, P.A.
>
> *Attorneys for Defendant*

This the 8th day of March, 2018.

> /s/Bradley M. Risinger
> Bradley M. Risinger
> N.C. State Bar No. 23629
> brad.risinger@smithmoorelaw.com
>
> *Attorney for Plaintiff*